**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-31215
Summary Calendar**

_____

**KARAM BEDI,**

**Plaintiff-Appellant,**

**versus**

**ANDRE GRONDIN, LEONARD A. RADLAUER, and CARLOS E. ZELEDON,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-2846-E)**
_____

September 5, 1997

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Karam Bedi, *pro se*, appeals from the district court's dismissal of his complaint for lack of subject matter jurisdiction. We affirm for essentially the reasons stated by the district court.

Andre Grondin's motion to dismiss, Bedi's motion for hearing en banc, and Leonard A. Radlauer's and Carlos E. Zeledon's motion for sanctions are **DENIED**.

*AFFIRMED; MOTIONS DENIED*

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.